**Opinion issued May 22, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00375-CV

———————————

**HILARIA SAUSEDA, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

———————————

## NO. 01-26-00377-CV

———————————

**FORTUNATO ALFARO, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

———————————

## NO. 01-26-00378-CV

_____

**DOLORES BELL-WASHINGTON, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00380-CV**

_____

**DOROTHY CEASAR, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00381-CV**

_____

**ALDINE HARRELL, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00382-CV**

_____

**ESSEX JOHNSON, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

## NO. 01-26-00383-CV

_____

**STELLA TAYLOR, ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

_____

## NO. 01-26-00384-CV

_____

**ERIC BAKER, ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

_____

## NO. 01-26-00385-CV

_____

**JANET ALFRED, ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

_____

## NO. 01-26-00386-CV

_____

**BETTY AARON, ET AL.,** Appellants

**V.**

3

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00387-CV**

_____

**JEREMY RATLIFF, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00484-CV**

_____

**JUAN ADAME, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00485-CV**

_____

**DEBREK BOOKMAN, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00486-CV**

_____

**VICTOR BROWN, JR., ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

_____

**NO. 01-26-00487-CV**

_____

**DOLORES DUNN, ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

_____

**NO. 01-26-00488-CV**

_____

**ALVIN HARRIS, ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

_____

**NO. 01-26-00489-CV**

_____

**EDGAR HARRISON, JR., ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

———————————————

## NO. 01-26-00490-CV

———————————————

**LAWRENCE MARTIN, JR., ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

———————————————

## NO. 01-26-00491-CV

———————————————

**ELIZABETH PHILLIPS, ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

———————————————

## NO. 01-26-00492-CV

———————————————

**MICHELLE WILSON, ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** Appellees

———————————————

## NO. 01-26-00493-CV

———————————————

**RUTH ANN ADAMS-TAYLOR, ET AL.,** Appellants

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00494-CV**

_____

**GEORGIA ROBINSON ARMSTEAD, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00495-CV**

_____

**BRODERICK BRAGGS, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00496-CV**

_____

**RUBY LEE ABBOTT, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

_____

**NO. 01-26-00497-CV**

_____

**ANDREA ALEXANDER, ET AL., Appellants**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC., Appellees**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case Nos. 2021-50475, 2021-49259, 2021-50497, 2020-82642, 2021-03264, 2021-50415, 2020-82707, 2022-79988, 2022-35041, 2022-35107, 2022-80007, 2021-50465, 2021-50469, 2020-83852, 2021-50209, 2021-45196, 2021-22019, 2020-83855, 2020-50604, 2021-45255, 2020-83850, 2022-28057, 2022-80779, 2021-50330, 2021-44936**

---

**MEMORANDUM OPINION**

Appellants in twenty-six related interlocutory appeals have filed unopposed motions to consolidate the twenty-five appeals above with appellate cause number 01-26-00374-CV. Specifically, they request we consolidate the record and all filings from the twenty-five appeals into cause number 01-26-00374-CV, issue a uniform briefing schedule, and order dismissal of the twenty-five above appellate cause numbers.

In all of the appeals, appellants are appealing from identical orders signed March 31, 2026, granting the appellees' motions to dismiss under Chapter 150 of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE 150.002(f) (authorizing interlocutory appeal). All the motions were heard together at coordinated MDL hearings. And all of these orders were signed by the

Honorable Sylvia Matthews, sitting by assignment in MDL Master Cause No. 2021-84423, the 281st District Court, Harris County.

In their motions to consolidate the appeals, appellants contend:

> The clerk's records are substantively the same and the reporter's transcripts are identical, additionally, the parties' appellate briefings in each Related Appeal will repeat the same arguments and authorities. Consolidation will eliminate duplicative briefing and record citations, reduce repetitive judicial analysis, and ensure consistent resolution of the issues.

Appellants further certify that appellees are unopposed to consolidation.

We agree that, in the interests of judicial efficiency and economy, the appeals should be consolidated. *See State for L.J.*, No. 06-24-00036-CV, 2024 WL 2859385, at *1 (Tex. App.—Texarkana June 6, 2024, no pet.) (mem. op.) (consolidating appeals). We **grant** appellants' motions and **consolidate** appellate cause numbers 01-26-00375-CV, 01-26-00377-CV, 01-26-00378-CV, 01-26-00380-CV, 01-26-00381-CV, 01-26-00382-CV, 01-26-00383-CV, 01-26-00384-CV, 01-26-00385-CV, 01-26-00386-CV, 01-26-00387-CV, 01-26-00484-CV, 01-26-00485-CV, 01-26-00486-CV, 01-26-00487-CV, 01-26-00488-CV, 01-26-00489-CV, 01-26-00490-CV, 01-26-00491-CV, 01-26-00492-CV, 01-26-00493-CV, 01-26-00494-CV, 01-26-00495-CV, 01-26-00496-CV, and 01-26-00497-CV with appellate cause number 01-26-00374-CV. Any and all parties, issues, records, and documents filed in these appeals are consolidated into appellate cause number 01-26-00374-CV. *See Batson v. Bd. of Regents of Univ. of Tex. Sys. on*

*behalf of MD Anderson Cancer Ctr.*, No. 03-23-00765-CV, 2024 WL 2061658, at *1 (Tex. App.—Austin May 9, 2024, no pet.). The consolidated appeal shall proceed under appellate cause number 01-26-00374-CV using the following style:



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-26-00374-CV**
_____

**CURTIS ABRAM, ET AL.**

**V.**

**PASTOR BEHLING & WHEELER, L.L.C. AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case Nos. 2021-50212, 2021-50475, 2021-49259, 2021-50497, 2020-82642, 2021-03264, 2021-50415, 2020-82707, 2022-79988, 2022-35041, 2022-35107, 2022-80007, 2021-50465, 2021-50469, 2020-83852, 2021-50209, 2021-**

Because all parties and issues are now part of consolidated appellate cause number 01-26-00374-CV, we grant appellants' motion and **dismiss** the twenty-five appellate cause numbers mentioned above. *See 1717 Norfolk, LLC v. Davari*, No. 01-25-01093-CV, 2026 WL 1072811, at *1 (Tex. App.—Houston [1st Dist.] Apr. 21, 2026, no pet. h.) (mem. op.); *Ring & Ring d/b/a Wright's Amusements v. Sharpstown Mall Tex., LLC*, No. 01-16-00321-CV, 2016 WL 3220552, at *1 (Tex. App.—Houston [1st Dist.] June 9, 2016, no pet.) (mem. op.). We further **dismiss** all other pending motions as moot.

Finally, we **grant** appellants' request for a uniform briefing schedule as follows:

1. All appellants file one (1) brief, which is due by June 29, 2026;

2. Appellee Environmental Resources Management Southwest, Inc. files one (1) response brief, which is due by July 29, 2026;

3. Appellee Pastor Behling & Wheeler, L.L.C. files one (1) response brief, which is due by July 29, 2026; and

4. All appellants file one (1) reply brief, which is due by August 18, 2026.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

11